**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 15-6487**

─────────

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

    v.

DONIKKI HARDY,

        Defendant - Appellant.

─────────

Appeal from the United States District Court for the District of South Carolina, at Spartanburg. Henry M. Herlong, Jr., Senior District Judge. (7:01-cr-00235-HMH-1)

─────────

Submitted: July 30, 2015         Decided: August 11, 2015

─────────

Before WILKINSON and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Donikki Hardy, Appellant Pro Se. James Galyean, NEXSEN PRUET, Greenville, South Carolina; Regan Alexandra Pendleton, Carrie Fisher Sherard, Assistant United States Attorneys, Greenville, South Carolina, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donikki Hardy appeals the district court's order denying his motion to compel the Government to file a Fed. R. Crim. P. 35(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Hardy, No. 7:01-cr-00235-HMH-1 (D.S.C. Mar. 23, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED